No. 95–6199. SOLOMON v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 95–6200. CAMPBELL v. FLORIDA PAROLE COMMISSION. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 95–6201. JENKINS v. SCOTT ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–6205. STOCKENAUER v. DELEEUW. C. A. 6th Cir. Certiorari denied.

No. 95–6208. LISTERMAN v. GTE CALIFORNIA INC. ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–6225. BEAIRD v. CODY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 95–6226. CAVIN v. SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 95–6241. LYNCH v. BENSALEM TOWNSHIP ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–6253. FAUTENBERRY v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 95–6270. AVITT v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 95–6280. WILLIAMS v. BRADBURN ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–6290. SMITH v. LAMER, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–6293. BUTLER v. SMITH ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–6295. WALLS v. DELAWARE DEPARTMENT OF CORRECTION. Sup. Ct. Del. Certiorari denied.